Peter C. Partnow, ABA No. 7206029
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-264-3325
Facsimile: 907-276-2631
Email: partnowp@lanepowell.com
Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT AT ALASKA AT ANCHORAGE

| | |
|---|---|
| TERRY NELSEN,<br><br>                      Plaintiff,<br><br>v.<br><br>LINDA S. BRANDON, Individually and dba LINDA S. BRANDON INSURANCE AGENCY,<br><br>                      Defendant. | Case No. 3:17-cv-00129-JWS<br><br>**NOTICE OF REMOVAL** |

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Linda S. Brandon, individually, and dba Linda S. Brandon Insurance Agency ("Linda Brandon") gives notice of the bases and provides her statement for removal of the above-captioned action, originally filed in the Superior Court for the State of Alaska, Third Judicial District at Palmer, under Case No. 3PA-17-01215 CI. See Complaint attached hereto as Exhibit A. The basis for removal is federal question jurisdiction under 28 U.S.C. § 1331. The following statement is submitted in accordance with 28 U.S.C. § 1446.

## I. **JURISDICTION**

28 U.S.C. § 1331 provides: "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

The Court has federal questions jurisdiction over this matter because of the federal law involved. The Supreme Court has held that "in certain cases federal-question jurisdiction will lie over state-law claims that implicate significant federal issues." *Grable & Sons Metal Prod., Inc.*

*v. Darue Eng'g & Mfg.*, 545 U.S. 308, 312 (2005). Plaintiff's overtime claim is based on alleged violation of the federal Fair Labor Standards Act. Thus the complaint is removable.

## II. PROCEDURAL REQUIREMENTS

<u>Venue</u>. This Court is the United States District Court of the judicial district within which Plaintiff's action is pending. 28 U.S.C. § 1441.

<u>Removal Is Timely</u>. On information and belief, Defendant was served with the summons and Complaint when it notified counsel would accept service on behalf of the Defendant on or about June 2, 2017. Removal is timely.

<u>Notice</u>. Pursuant to 28 U.S.C. § 1446(d), a copy of this notice is being concurrently filed in the Superior Court of Alaska for the Third Judicial District at Palmer and concurrently served upon the Plaintiff.

Based upon the foregoing, this Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1331, and the claims should be adjudicated in this Court, as the action is properly removed thereto under 28 U.S.C. §§ 1441 and 1446.

DATED this 2nd day of June, 2017.

> LANE POWELL LLC
> Attorneys for Defendant
>
> By  s/ Peter C. Partnow
>    Peter C. Partnow, ABA No. 7206029

I certify that on June 2, 2017, a copy of the foregoing was served by mail and email on:

Timothy Seaver, Seaver & Wagner, LLC
500 L St., Ste. 501, Anchorage AK 99501
tseaver@seaverwagner.com

s/ Peter C. Partnow

130231.0001/6971952.1

**Notice of Removal**
*Nelsen v. Linda S. Brandon* (Case No. 3:17-cv-00129-JWS)                                                   Page 2 of 2